**Uaron MASON, Plaintiff–Appellant**

v.

**Edward HARRISON, Director, National Commission on Correctional Healthcare; Ray Hobbs, Director, Arkansas Department of Correction; Clinton Baker, Sergeant, Grimes Unit, Arkansas Department of Correction, Defendants–Appellees.**

No. 14–2830.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 30, 2015.

Filed: Feb. 10, 2015.

Uaron Mason, Newport, AR, pro se.

Jonathan Quentin Warren, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

PER CURIAM.

Arkansas inmate Uaron Mason appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful consideration of Mason's arguments and a de novo review of the record, we conclude that summary judgment was properly granted for the reasons stated by the district court. *See Mack v. Dillon,* 594 F.3d 620, 622 (8th Cir.2010) (per curiam) (standard of review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. Mason's motion to produce evidence is denied.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.